IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FRANK ROSE, MICHAEL ROSE, GUY VENTURATO, and LAWRENCE VENTURATO, <br>     Plaintiffs, <br><br> v. <br><br> ROCCERA, LLC, and SYAMAL GHOSH, <br>     Defendants. | Case Number: 1:09-cv-06386 <br><br> Hon. District Judge Matthew Kennelly <br><br> Hon. Magistrate Judge Michael Mason |

## STIPULATION OF DISMISSAL

The undersigned parties, by their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to the dismissal of this action with prejudice in its entirety, including, without limitation, all the claims Plaintiffs allege in this action. The parties agree to incorporate the Settlement Agreement giving rise to this Stipulation into the Stipulation by contemporaneously filing the Agreement under seal. Thus, the parties intend for this Court to retain ancillary jurisdiction to enforce the terms set forth in the Agreement consistent with the principles set forth in *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994) and *Jessup v. Luther*, 277 F.3d 926 (7th Cir. 2002). It is further stipulated that each party shall bear its own costs and attorneys' fees.

    Respectfully submitted,

    FRANK ROSE, MICHAEL ROSE,
    GUY VENTURATO, and
    LAWRENCE VENTURATO

By: /s/ John D. Fitzpatrick
    One of their attorneys

Stephen J. Rosenfeld (ARDC #6216769)

{1512484: }

John Fitzpatrick (ARDC #6277475)
**Mandell Menkes LLC**
One N. Franklin, Suite 3600
Chicago, IL  60606
Telephone:  (312) 251-1000
Facsimile:   (312) 251-1010

ROCCERA LLC and
SYAMEL GHOSH

By: /s/ William G. Bauer
   One of their attorneys

Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, New York 14614
191936.1

{1512484: }