# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Frank Rose, et al.

                      Plaintiff,

v.                                             Case No.: 1:09–cv–06386
                                                        Honorable Michael T. Mason

RocCera, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 24, 2012:

      MINUTE entry before Honorable Michael T. Mason: Parties having filed their Stipulation of Dismissal on 4/23/12, all pending deadlines and hearings before this court are hereby stricken. Plaintiffs' motion to enforce settlement [74] is terminated as moot. Each party shall bear its own costs and attorneys' fees. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.